United States District Court
For the Northern District of California

**E-FILED 8/5/2009**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HECTOR AND VALERIE LOPEZ, | No. C09-02986 HRL |
| Plaintiffs, | **ORDER SETTING DEADLINE FOR PLAINTIFFS TO FILE CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| WELLS FARGO HOME MORTGAGE, FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, DOES 1-10, | |
| Defendants. | |

Defendants have filed motions to dismiss that are set for hearing on August 25, 2009 at 10:00 a.m. Upon review of the record in this action, it appears that plaintiffs have not yet filed a consent or declination to proceed before a United States Magistrate Judge.

Plaintiffs are reminded that this civil case has been randomly assigned to a magistrate judge for all purposes including trial. In accordance with Title 28, U.S.C. § 636(c), the magistrate judges of this District Court are designated to conduct any and all proceedings in a civil case, including a jury or non-jury trial, and to order the entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by the undersigned may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court. Alternatively, however, the parties have the right to have the case reassigned to a United States District Judge for trial and disposition.

1     Accordingly, **no later than August 14, 2009**, plaintiffs shall file either (1) a Consent to
2 Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a
3 Magistrate Judge and Request for Reassignment to a United States District Judge.  See Civ.
4 L.R. 73-1.  The consent and declination forms are available at the Clerk's Office and may also
5 be obtained from the court's website at http://www.cand.uscourts.gov.
6     If plaintiffs neither consent nor decline by the August 14, 2009 deadline, then the matter
7 will be reassigned to a District Court Judge.
8     SO ORDERED.
9 Dated:   August 5, 2009

                          HOWARD R. LLOYD
                          UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

5:09-cv-02986-HRL Notice has been electronically mailed to:

Donald John Querio    djq@severson.com, adt@severson.com

Glenn Harlan Wechsler    glenn@glennwechsler.com, larry@glennwechsler.com, linda@glennwechsler.com

Lawrence Daniel Harris    larry@glennwechsler.com

Mark Douglas Lonergan    mdl@severson.com

Mark Ian Wraight    miw@severson.com, ksb@severson.com

5:09-cv-02986-HRL Notice mailed to:

Hector and Valerie Lopez
1340 Clayton Road
San Jose, CA 95127