\*\*E-Filed 10/27/2009\*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| HECTOR AND VALERIE LOPEZ,<br>          Plaintiffs<br><br>          v.<br><br>WELLS FARGO HOME MORTGAGE, FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, DOES 1-10,<br><br>          Defendants | Case Number   C 09-02986 JF (HRL)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE |

Pursuant to the stipulation of the parties, the motion to dismiss is granted. This action is DISMISSED WITH PREJUDICE. The parties agree to bear their own costs.

**IT IS SO ORDERED.**

DATED: 10/23/2009

_____
JEREMY FOGEL
United States District Judge

1

1  This Order has been served upon the following persons:

2  Hector and Valerie Lopez
   1340 Clayton Road
3  San Jose, CA 95127

4  Donald John Querio
   djq@severson.com
5
   Mark Douglas Lonergan
6  mdl@severson.com

7  Mark Ian Wraight
   miw@severson.com
8
   Glenn Harlan Wechsler
9  glenn@glennwechsler.com

10 Lawrence Daniel Harris
   larry@glennwechsler.com
11