**E-Filed 10/27/2009**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HECTOR AND VALERIE LOPEZ, | Case Number C 09-02986 JF (HRL) |
| Plaintiffs | JUDGMENT |
| v. | |
| WELLS FARGO HOME MORTGAGE, FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, DOES 1-10, | |
| Defendants | |

    Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that judgment is entered in favor of Defendants.

    The Clerk of the Court shall close the file.

DATED: 10/23/2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 09-02986 JF (HRL)
JUDGMENT
(JFEX2)

1  This Order has been served upon the following persons:

2  Hector and Valerie Lopez
   1340 Clayton Road
3  San Jose, CA 95127

4  Donald John Querio
   djq@severson.com
5
   Mark Douglas Lonergan
6  mdl@severson.com

7  Mark Ian Wraight
   miw@severson.com
8
   Glenn Harlan Wechsler
9  glenn@glennwechsler.com

10 Lawrence Daniel Harris
   larry@glennwechsler.com
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 09-02986 JF (HRL)
JUDGMENT
(JFEX2)